UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BURTON FLORENCE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:20-cv-01429-SEB-MPB |
| ) | |
| WEXFORD OF INDIANA, LLC, ) | |
| BRUCE IPPEL, ) | |
| KENNETH ROBERTSON, ) | |
| MARK CABRERA, ) | |
| ALUMMI STAFFING, LLC, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

The Court having dismissed all claims against the defendants, declares that this action is now **dismissed.** Mr. Florence's Indiana negligence claims against Alumni Staffing, LLC, Wexford of Indiana, LLC, Dr. Bruce Ippel, and Dr. Mark Cabrera are **dismissed without prejudice**. All other claims are **dismissed with prejudice**. Pursuant to Federal Rule of Civil Procedure 58, the **clerk is directed** to enter final judgment.

**IT IS SO ORDERED**.

Date: 08/25/2022

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

BURTON FLORENCE
973731
NEW CASTLE - CF
NEW CASTLE CORRECTIONAL FACILITY - Inmate Mail/Parcels
1000 Van Nuys Road
NEW CASTLE, IN 47362

Bryan Findley
CASSIDAY SCHADE LLP
bfindley@cassiday.com

Thomas Joseph Flynn
Eichhorn & Eichhorn, LLP
tflynn@eichhorn-law.com

Heather Terese Gilbert
CASSIDAY SCHADE LLP
hgilbert@cassiday.com

Blair Martin Roembke
EICHHORN & EICHHORN LLP (Indianapolis)
bmroembke@gmail.com

Michael Roth
EICHHORN & EICHHORN LLP (Indianapolis)
mroth@eichhorn-law.com

Emily Kathleen VanTyle
Wilson Kehoe Winingham LLC
evantyle@wkw.com