UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BURTON FLORENCE, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:20-cv-01429-SEB-MPB |
| WEXFORD OF INDIANA, LLC, BRUCE IPPEL, KENNETH ROBERTSON, MARK CABRERA, ALUMMI STAFFING, LLC, | ) |
| Defendants. | ) |

## FINAL JUDGMENT

Final judgment is entered for the defendants and against the plaintiff. The plaintiff takes nothing by the complaint. The plaintiff's Indiana negligence claims against Alumni Staffing, LLC, Wexford of Indiana, LLC, Dr. Bruce Ippel, and Dr. Mark Cabrera are **dismissed without prejudice**. All other claims are **dismissed with prejudice**.

Date: 08/25/2022

Roger A.G. Sharpe, Clerk
United States District Court
By: Deputy Clerk

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

BURTON FLORENCE
973731
NEW CASTLE - CF
NEW CASTLE CORRECTIONAL FACILITY - Inmate Mail/Parcels
1000 Van Nuys Road
NEW CASTLE, IN 47362

Bryan Findley
CASSIDAY SCHADE LLP
bfindley@cassiday.com

Thomas Joseph Flynn
Eichhorn & Eichhorn, LLP
tflynn@eichhorn-law.com

Heather Terese Gilbert
CASSIDAY SCHADE LLP
hgilbert@cassiday.com

Blair Martin Roembke
EICHHORN & EICHHORN LLP (Indianapolis)
bmroembke@gmail.com

Michael Roth
EICHHORN & EICHHORN LLP (Indianapolis)
mroth@eichhorn-law.com

Emily Kathleen VanTyle
Wilson Kehoe Winingham LLC
evantyle@wkw.com